UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CHARLES ALLEN ARNOLD | ) | Case No. 07-18751 SBB |
| SS# XXX-XX-2180 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| QUANTIC RESEARCH SYSTEMS, INC. | ) | Case No. 07-18784 SBB |
| EIN 84-1190147 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **Jointly Administered Under** |
| | ) | **Case No. 07-18751 SBB** |
| | ) | |
| CHARLES ALLEN ARNOLD and | ) | |
| QUANTIC RESEARCH SYSTEMS, INC. | ) | Adversary Proceeding No. 07-1557 SBB |
| Plaintiffs, | ) | |
| v. | ) | |
| PULSEWAVE LLC, JAMES P. YATES | ) | |
| and WILLIAM WETMORE, | ) | |
| Defendants. | ) | |
| | ) | |
| JOHN ARNOLD and | ) | |
| SOIL ENHANCEMENT | ) | Adversary Proceeding No. 07-1554 SBB |
| TECHNOLOGIES LLC | ) | **Consolidated with Adversary** |
| Plaintiffs, | ) | **Proceeding No. 07-1557 SBB** |
| v. | ) | **for limited trial** |
| CHARLES A. ARNOLD, QUANTIC | ) | |
| RESEARCH SYSTEMS, INC., C.A., | ) | |
| ARNOLD AND ASSOCIATES, INC., | ) | |
| HENDRICKS HOLDING COMPANY, | ) | |
| INC., and PULSEWAVE, LLC, | ) | |
| Defendants. | ) | |

**ORDER GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL
UNTIL DECEMBER 1, 2008**

THIS MATTER, having come before the Court on the joint motion of Plaintiffs, Charles Allen Arnold and Quantic Research Systems, Inc., pursuant to Rule 8002 F.R.B.P., granting them an extension of time of twenty (20) days, or through and including December 10, 2008, within which to determine whether to file a Notice of Appeal of the Court's Judgment on Findings of Fact, Conclusions of Law, and Order dated November 10, 2008; the Court having reviewed the Plaintiffs' joint motion, Pulsewave's Response, and the Court's file with respect to this matter; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Plaintiffs' joint motion, in part and Plaintiffs should be granted an extension, or through and including December 1, 2008, within which to determine whether to file a Notice of Appeal.

THEREFORE THE COURT ORDERS:

1. The Plaintiffs' joint motion is granted, in part.

2. The Plaintiffs are hereby granted an extension of time through and including December 1, 2008, within which to determine whether to file a Notice of Appeal of this Court's Judgment on Findings of Fact, Conclusions of Law, and Order dated November 10, 2008.

DATED: November 26, 2008

BY THE COURT:

_____
U.S. Bankruptcy Judge

2