UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. **08-cv-2613-AP**

| | |
|---|---|
| In re: | ) |
| | ) |
| CHARLES ALLEN ARNOLD | ) Case No. 07-18751 SBB |
| SS# XXX-XX-2180 | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) |
| QUANTIC RESEARCH SYSTEMS, INC. | ) Case No. 07-18784 SBB |
| EIN 84-1190147 | ) Chapter 11 |
| | ) |
| Debtor. | ) **Jointly Administered Under** |
| | ) **Case No. 07-18751 SBB** |
| | ) |
| CHARLES ALLEN ARNOLD and | ) |
| QUANTIC RESEARCH SYSTEMS, INC. | ) Adversary Proceeding No. 07-1557 SBB |
| Plaintiffs, | ) |
| v. | ) |
| PULSEWAVE LLC, JAMES P. YATES | ) |
| and WILLIAM WETMORE, | ) |
| Defendants. | ) |
| | ) |
| JOHN ARNOLD and | ) |
| SOIL ENHANCEMENT | ) Adversary Proceeding No. 07-1554 SBB |
| TECHNOLOGIES LLC | ) **Consolidated with Adversary** |
| Plaintiffs, | ) **Proceeding No. 07-1557 SBB** |
| v. | ) **for limited trial** |
| CHARLES A. ARNOLD, QUANTIC | ) |
| RESEARCH SYSTEMS, INC., C.A., | ) |
| ARNOLD AND ASSOCIATES, INC., | ) |
| HENDRICKS HOLDING COMPANY, | ) |
| INC., and PULSEWAVE, LLC, | ) |
| Defendants. | ) |

**ORDER HOLDING APPEAL IN ABEYANCE PENDING APPROVAL OF
SETTLEMENT AGREEMENT**

THIS MATTER, having come before the Court on the joint motion of the Appellants for an order holding the within Appeal in abeyance pending approval of a Settlement Agreement reached between the parties by the Bankruptcy Court (doc. #8), filed December 22, 2008; the Court having reviewed the Appellants' motion and its file with respect to this matter; and deeming itself advised in the premises;

HEREBY FINDS that cause exists for granting the Appellants' motion and the within Appeal should be held in abeyance pending approval of the Settlement Agreement reached between the parties.

THEREFORE, THE COURT ORDERS:

1. The Appellants' motion is granted.

2. The within Appeal shall be held in abeyance pending approval of the Settlement Agreement reached between the parties.

DATED: December 23, 2008

BY THE COURT:

*S/John L. Kane*
U.S. District Court Judge