UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 08-cv-2613-AP**

| | |
|---|---|
| In re: ) | |
| ) | |
| CHARLES ALLEN ARNOLD ) | Case No. 07-18751 SBB |
| SS# XXX-XX-2180 ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| In re: ) | |
| ) | |
| QUANTIC RESEARCH SYSTEMS, INC.) | Case No. 07-18784 SBB |
| EIN 84-1190147 ) | Chapter 11 |
| ) | |
| Debtor. ) | **Jointly Administered Under** |
| ) | **Case No. 07-18751 SBB** |
| ) | |
| ) | |
| CHARLES ALLEN ARNOLD and ) | |
| QUANTIC RESEARCH SYSTEMS, INC.) | Adversary Proceeding No. 07-1557 SBB |
| Plaintiffs, ) | |
| v. ) | |
| PULSEWAVE LLC, JAMES P. YATES ) | |
| and WILLIAM WETMORE, ) | |
| Defendants. ) | |
| ) | |
| ) | |
| JOHN ARNOLD and ) | |
| SOIL ENHANCEMENT ) | Adversary Proceeding No. 07-1554 SBB |
| TECHNOLOGIES LLC ) | **Consolidated with Adversary** |
| Plaintiffs, ) | **Proceeding No. 07-1557 SBB** |
| v. ) | **for limited trial** |
| CHARLES A. ARNOLD, QUANTIC ) | |
| RESEARCH SYSTEMS, INC., C.A., ) | United States District Court for the |
| ARNOLD AND ASSOCIATES, INC., ) | District of Colorado |
| HENDRICKS HOLDING COMPANY, ) | Case No. 08-cv-2613-AP |
| INC., and PULSEWAVE, LLC, ) | |
| Defendants. ) | |

**ORDER DISMISSING APPEAL**

     THIS MATTER, having come before the Court on the joint motion of the Appellants for an order dismissing the within Appeal; the Court having reviewed the Appellants' motion and its file with respect to this matter; and deeming itself advised in the premises;

     HEREBY FINDS that cause exists for granting the Appellants' motion and the within Appeal should be dismissed.

     THEREFORE, THE COURT ORDERS:

1.     The Appellants' motion is granted.

2.     The within Appeal is hereby dismissed.

DATED: June 29, 2009

                                      BY THE COURT:

                                      ***S/John L. Kane***
                                      U.S. District Court Judge